# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IVAN CARBAJAL, *et al.*,
    *Plaintiffs*,　　　　　　　　　　**CASE NO.　17-cv-22596-JEM**
v.

CENT. FUMIGATION DEP'T, INC., e*t al.*,
    *Defendants*.
_____/

## NOTICE OF DISMISSAL OF
## CLAIMS OF HECTOR REYES ONLY

**COMES NOW,** Plaintiff Hector Reyes, by and through his undersigned counsel and pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby files this Notice of Dismissal, and states:

1.　　Plaintiff Hector Reyes voluntarily dismisses all claims against all Defendants herein.

2.　　No other claims of any other Plaintiff are affected by this Notice.

Dated July 19, 2017　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　/s/ Domingo C. Rodriguez
　　　　　　　　　　　　　　　　Domingo C. Rodriguez (FBN 394645)
　　　　　　　　　　　　　　　　domingo@rlomiami.com
　　　　　　　　　　　　　　　　pleadings@rlomiami.com
　　　　　　　　　　　　　　　　**Rodriguez Law Office, LLC**
　　　　　　　　　　　　　　　　2121 Ponce de Leon Blvd., Suite 430
　　　　　　　　　　　　　　　　Miami, Florida 33134
　　　　　　　　　　　　　　　　Tel:(305) 774-1477~Fax:(305) 774-1075
　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF Notice of Electronic Filing this 19th day of July, 2017.  No Defendant has noted an appearance.  A copy of the foregoing will be provided to each Defendant upon appearance.

　　　　　　　　　　　　　　　　/s/ Domingo C. Rodriguez
　　　　　　　　　　　　　　　　Domingo C. Rodriguez (FBN 394645)