| | |
|---|---|
| Ivan Carbajal, et al | CASE NO.: 17-CV-22596-JEM |
| | COURT: Circuit Civil Division |
| VS. | TYPE OF WRIT: Summons |
| Central Fumigation Department | VERIFIED RETURN OF SERVICE AFFIDAVIT |

TO: Roberto Rivera, 20319 SW 86th Court, Cutler Bay, FL 33189

RECEIVED THIS WRIT ON: 07/13/2017 @ 2:30 PM

ON 07/18/2017 @ 10:53 AM , I SERVED IT ON THE WITHIN NAMED Roberto Rivera

IN Miami-Dade COUNTY, FLORIDA

[X] **INDIVIDUAL SERVICE:** By serving upon the within named (Defendant/Witness) a true copy of this writ with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading..

[ ] **SUBSTITUTE SERVICE:** By serving a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of Plaintiff's Initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit_____, _____, and informing such person of their contents pursuant to.* F.S. 48.031, F.S. 48.031 (2)(a). F.S. 48.031 (2)(b).

[ ] **CORPORATE SERVICE:** By serving a true copy of this writ and a copy of Plaintiff's initial pleading to_____ as _____ Of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving _____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving _____ as a registered agent in compliance with F.S. 48.091.

[ ] **PARTNERSHIP SERVICE:** By serving _____, partner, or _____ to _____ a designated employee or person in charge of partnership.

[ ] **POSTED:** _____  **COMMERCIAL** [ ]  **RESIDENTIAL** [ ]
1st Attempt _____ AM/PM  2nd Attempt _____ AM/PM

[ ] **NO SERVICE:** For the reason that after diligent search and inquiry failed to find said_____ in _____ County, Florida.

COMMENTS: _____

ATTORNEY:

Rodriguez Law Office, LLC.
Domingo C. Rodriguez, Esquire
2121 Ponce De Leon Blvd., Suite 430
Coral Gables, FL 33134

I CERTIFY THAT I HAVE NO INTEREST IN THE ABOVE ACTION.
I AM OVER THE AGE OF EIGHTEEN YEARS OLD.
I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING,
IN THE CIRCUIT IN WHICH THIS DEFENDANT/WITNESS WAS SERVED.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

BY: Richard L. Ojeda

Certified Process Server No.: 1187