UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 17-cv-22596-AOR
(Consent Case)

IVAN CARBAJAL, et al.,

    Plaintiffs,

vs.

CENTRAL FUMIGATION DEPARTMENT, INC.,
et al.,

    Defendants.

_____/

### **PLAINTIFFS' NOTICE OF FILING DEPOSITION DESIGNATIONS**

The Plaintiffs, by and through the undersigned counsel, hereby serve their Notice of Filing Deposition Designations.

1. Deposition of Roberto Rivera, taken June 26, 2018.
   - Page 4, line 8 through page 4, line 16.
   - Page 9, line 4 through page 19, line 17
   - Page 19, line 18 through page 21, line 2
   - Page 30, line 1 through page 30, line 10
   - Page 31, line 10 through page 32, line 5
   - Page 32, line 25 through page 36, line 13
   - Page 37, line 20 through page 38, line 7
   - Page 55, line 3 through page 55, line 22
   - Page 63, line 16 through page 65, line 11
   - Page 65, line 22 through page 70, line 4
   - Page 71, line 7 through page 75, line 23
   - Page 76, line 13 through page 81, line 9
   - Page 83, line 8 through page 83, line 18
   - Page 84, line 4 through line 6
   - Page 89, line 2 through page 99, line 16
   - Page 100, line 7 through page 101, line 17
   - Page 101, line 24 through page 103, line 21
   - Page 104, line 2 through page 105, line 15

- Page 110, line 5 through page 111, line 12
- Page 116, line 12 through line 25

2. Deposition of Alma Aguilar, taken June 26, 2018

- Page 3, line 8 through page 4, line 16
- Page 5, line 20 through page 6, line 17
- Page 7, line 8 through page 23, line 1
- Page 23, line 10 through page 24, line 4
- Page 26, line 17 through page 31, line 2
- Page 31, line 5 through page 34, line 9
- Page 35, line 2 through page 36, line 22

Dated November 16, 2018                     Respectfully submitted,

/s/ Domingo C. Rodriguez
Domingo C. Rodriguez, Esq. (FBN 394645)
domingo@rlomiami.com
pleadings@rlomiami.com
**Rodriguez Law Office, LLC**
95 Merrick Way, Suite 720
Miami, Florida 33134
Tel: (305) 774-1477~Fax: (305) 774-1075
*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served via CM/ECF Notice of Electronic Filing on this 15th day of November, 2018, on all counsel of record or parties on the service list below.

/s/ Domingo C. Rodriguez
Domingo C. Rodriguez, Esq.

## SERVICE LIST

Gary A. Costales, Esq.
costalesgary@hotmail.com
Law Offices of Gary A. Costales, P.A.
1200 Brickell Ave., Suite 1440
Miami, FL 33131
Tel: (305) 375-9510
Fax: (305) 375-9511
*Counsel for Defendants*